**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**(WESTCHESTER)**

-------------------------------------------------------------X

JOSE ROSALIO MENDEZ, *individually and on*
*behalf of others similarly situated*

                                        *Plaintiff,*

                -v-

303 RESTAURANT LLC, HOVORKA
HOSPITALITIES PIERMONT LLC, (DBA AS THE
WHISKEY KITCHEN) AND HENRY HOVORKA.

                                        *Defendants.*
-------------------------------------------------------------X

Index No. 7:20-cv-03103-VB

**NOTICE OF MOTION**
**FOR DEFAULT**
**JUDGMENT**


        PLEASE TAKE NOTICE that upon the Declaration of Lina Stillman, dated June 29, 2020 and upon the accompanying Memorandum of Law, and upon all prior proceedings, pleadings, and filings in this Action, Plaintiff will move this Court at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, before the Honorable Vincent Bricetti, United States Magistrate Judge, for an order entering judgement by default against all Defendants, and for such other and further relief as the court deems just and proper.

Dated: New York, New York
July 17, 2020

                        STILLMAN LEGAL

                        BY:     /s/LINA STILLMAN
                                42 Broadway, 12th Floor
                                New York, New York 10004
                                Telephone: (800) 933-5620
                                *Attorneys for Plaintiffs*