UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE ROSALIO MENDEZ, *individually and on behalf of others similarly situated*

*Plaintiff*,

-v-

303 RESTAURANT LLC, HOVORKA HOSPITALITIES PIERMONT LLC, (DBA AS THE WHISKEY KITCHEN) AND HENRY HOVORKA.

*Defendants.*

Index No. 7:20-cv-03103-VB

**[PROPOSED] DEFAULT JUDGMENT**

This action was commenced on April 17, 2020 (Docket # 1) Summons were issued for the corporate defendant (Docket 9,11) and individual defendants (Dockets 10). On May 14th, 2020. Service was then made on all Corporate Defendants and on May 1, 2020 (Docket 14).

To date, no defendant has answered the Complaint or otherwise appeared or moved, and the Clerk of this Court has certified the default of all Defendants (Dockets 19-21) The time for answering the Complaint having expired, it is

NOW, on motion of Plaintiff, by his attorney Stillman Legal PC., It is hereby ORDERED, ADJUDGED AND DECREED:

That the Plaintiff have judgment jointly and severally against the Defendants 303 RESTAURANT LLC, HOVORKA HOSPITALITIES PIERMONT LLC, (DBA AS THE WHISKEY KITCHEN) AND HENRY HOVORKA., in the total amount of $11,798.0 including (A) compensatory damages for unpaid minimum and overtime wages in the amount of $3,129.00, (B) statutory damages for violation of New York Labor Law §193 and §195 in the

amount of $2,500, (C) statutory damages for violation of New York Labor Law § 191 in the amount of $2,500.00 and liquidated damages of $3,129.00

That the Plaintiff is awarded attorney's fees in the amount of $6,384.00, and costs in the amount of $550.00

That the Plaintiff is awarded post judgment interest, as calculated under 28 U.S.C. § 1961.

That if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent, as required by NYLL § 198(4).

Dated: New York, New York

      July 17, 2020

                                                          _____
                                                                          U.S.D.J.